UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                         PLAINTIFF

VS.                              4:06cr87 WRW

TODD EDWARD SPINKS                                               DEFENDANT(S)

ORDER MODIFYING CONDITIONS OF RELEASE

The Court removes the condition 7 (m) as to the above named defendant on the Order Setting Conditions of Release. All other conditions remain the same.

IT IS SO ORDERED this  8th  day of May 2006.

　　　　　　　　　　　　　　　　　　　　　　　/s/ John F. Forster, Jr.
　　　　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE